**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 16, 2006

Charles R. Fulbruge III
Clerk

No. 05-50728

MILLENNIUM ONE COMMUNICATIONS, INC.,

Plaintiff-Appellant,

VERSUS

THE PUBLIC UTILITY COMMISSION OF TEXAS; PAUL HUDSON, in his
official capacity as Chairman of the Public Utility Commission of
Texas; JULIE CARUTHERS PARSLEY, in her official capacity as
Commissioner of the Public Utility Commission of Texas; and
SOUTHWESTERN BELL TELEPHONE, L.P.,

Defendants-Appellees.

Appeals from the United States District Court
for the Western District of Texas

(1:03-CV-893)

Before REAVLEY, JOLLY, and DeMOSS, Circuit Judges.

PER CURIAM*:

AFFIRMED. *See* 5TH CIR. R. 47.6.

_____

*Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.